H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
MORGAN M. MACK (212659)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612

Attorneys for Plaintiffs
Zoltan Stiener and Ynez Stiener

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO: C 07-04486 SBA** <br><br> **CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On August 30, 2007, I served the following Documents:

**CLERK'S NOTICE**

☒   BY MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Proof Of Service

-1-

| | |
|---|---|
| Max Folkenflik | Margaret McGerity |
| Folkenflik & McGerity | Folkenflik & McGerity |
| 1500 Broadway, 21st Floor | 1500 Broadway, 21st Floor |
| New York, NY 10036 | New York, NY 10036 |

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

✘   BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Morgan M. Mack
Hoffman and Lazear
180 Grand Avenue
Suite 1550
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 30, 2007

Shola Ogunlana

Proof Of Service

-2-