POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: ZOLTAN STIENER and YNEZ STIENER | CASE NUMBER:<br>C07-04486 (SBA) |
| DEFENDANT/RESPONDENT: APPLE, INC., ET AL. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>STIENER |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, SUMMONS IN A CIVIL CASE, Class Action Complaint for Damages, Injunctive Relief and Restitution, ADR Packet Northern California Federal Court, ECF Registration Information Handou Judge Armstrong's Standing Orders, Order Setting Initial CMC and ADR Dealines, Standing Order for ALL USDC Nor. Cal. Judges, Public Notice Magistrate Judge USDC Northern California, Waiver of Service of

3. a. Party served: APPLE, INC.

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): August 30, 2007    (2) at (time): 3:25 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   APPLE, INC.

   under: CCP 416.10 (corporation)

7. Person who served papers
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 31, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6647414