POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: ZOLTAN STIENER and YNEZ STIENER | CASE NUMBER:<br>C07-04486 (SBA) |
| DEFENDANT/RESPONDENT: APPLE, INC., and AT&T MOBILITY, LLC. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>STIENER |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Clerk's Notice

3. a. Party served: APPLE, INC.

   b. Person Served: CT Corp Margaret Wilson – Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): August 30, 2007   (2) at (time): 3:25 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   APPLE, INC.

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Jimmy Lizama
   b. Address:     One Legal, Inc – 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 31, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

FF# 6647433