| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave.<br>Oakland, CA 94612 | (510) 763-5700 | |
| | Ref. No. or File No.<br>STIENER | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
ZOLTAN STIENER and YNEZ STIENER

DEFENDANT:
APPLE, INC., and AT&T MOBILITY, LLC.

| PROOF OF SERVICE | DATE: December 5, 2007 | TIME: 4:00 pm | DEPT/DIV: 3 | CASE NUMBER: C07-04486 (SBA) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, SUMMONS IN A CIVIL CASE, Class Action Complaint for Damages, Injunctive Relief and Restitution, ADR Packet Northern California Federal Court, ECF Registration Information Handout, Judge Armstrong's Standing Orders, Order Setting Initial CMC and ADR Dealines, Standing Order for ALL USDC Nor. Cal. Judges, Public Notice Magistrate Judge USDC Northern California, Waiver of Service of Summons, Notice of Lawsuit & request for Waiver of Service of Summons.

2. Party Served:           AT&T MOBILITY, LLC.

3. Person Served:          Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   August 31, 2007      1:50 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA 95833

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 59.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 6, 2007 at Oakland, California.

Signature: _____
Tyler Dimaria

FF# 6647415

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ZOLTAN STIENER and YNEZ STIENER,
individually and on behalf of all persons similarly
situated,

V.

APPLE, INC., AT&T MOBILITY, LLC, and DOES
1 through 50, inclusive,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-04486 SBA

E-filing    ADR

TO: (Name and address of defendant)

APPLE, INC.
1 Infinite Loop, Cupertino, CA 95014

AT&T MOBILITY, LLC,
5565 Glenridge Connector
Atlanta, GA 30342

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. TIM HOFFMAN
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JESSIE MOSLEY
(BY) DEPUTY CLERK

DATE  August 29, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                                      Signature of Server

                                                                            _____
                                                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure