| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave.<br>Oakland, CA 94612 | (510) 763-5700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>STIENER | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
ZOLTAN STIENER and YNEZ STIENER

DEFENDANT:
APPLE, INC., and AT&T MOBILITY, LLC.

| PROOF OF SERVICE | DATE: December 5, 2007 | TIME: 4:45 pm | DEPT/DIV: 3 | CASE NUMBER: C07-04486 (SBA) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Clerk's Notice

2. Party Served: AT&T MOBILITY, LLC.

3. Person Served: Becky DeGeorge, CSC Corp/Lawyers Incorporating Srv - Person authorized to accept service of

4. Date & Time of Delivery: August 31, 2007    1:50 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 30.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 7, 2007 at Oakland, California.

Signature: _____
Tyler Dimaria