```
 1  DONALD M. FALK (SBN 150256)
       dfalk@mayerbrown.com
 2  RENA CHNG (SBN 209665)
       rchng@mayerbrown.com
 3  MAYER BROWN, LLP
    Two Palo Alto Square, Suite 300
 4  3000 El Camino Real
    Palo Alto, CA  94306-2112
 5  Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
 6
    Attorneys for Defendant
 7  AT&T MOBILITY, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07-04486 SBA<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Donald Falk and Rena Chng of the law firm Mayer Brown LLP have been retained by, and hereby appear for, defendant AT&T Mobility, LLC ("AT&T") in this action. Mr. Falk and Ms. Chng's address and telephone number are set forth on the caption page of this Notice of Appearance.

Unless otherwise notified, all notices and pleadings to be served on AT&T in this action should be sent to Rena Chng at Mayer Brown LLP, Two Palo Alto Square Suite 300, 3000 El Camino Real, Palo Alto, California 94306.

Dated: September 20, 2007                              Mayer Brown LLP

                                                       By: _____/s/ Rena Chng_____
                                                              Rena Chng

                                                       Attorneys for Defendant AT&T Mobility, LLC

## PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On September 18, 2007, I served the foregoing document(s) described as

- **NOTICE OF APPEARANCE**

on each interested party, as follows:

       by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

  X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

       by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

       by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

H. Tim Hoffman
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612
510-763-5700
Email: hth@hoffmanandlazear.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 18, 2007, at Palo Alto, California.

_____
Meghan C. Samora