1  DONALD M. FALK (SBN 150256)
   dfalk@mayerbrown.com
2  RENA CHNG (SBN 209665)
   rchng@mayerbrown.com
3  MAYER BROWN, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
   Attorneys for Defendant
7  AT&T MOBILITY, LLC

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 ZOTLAN STIENER and YNEZ STIENER,    Case No. C 07-04486 SBA
   individually and on behalf of all others
13 similarly situated,                  **STIPULATION TO EXTEND TIME TO
                                        RESPOND TO COMPLAINT**
14                Plaintiff,

15      v.

16 APPLE COMPUTER, INC., AT&T
   MOBILITY, LLC, and DOES 1 through 50,
17 inclusive,
                  Defendants.
18

1  Pursuant to Civil Local Rule 6-1(a), plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and
2  defendant AT&T Mobility, LLC ("AT&T"), by and through their respective counsel of record,
3  hereby stipulate that the time in which AT&T may respond to Plaintiffs' complaint be extended
4  to and include October 26, 2007.
5  IT IS SO STIPULATED.

7  Dated: September ____, 2007         Mayer Brown LLP

                                       By: _____
                                           Rena Chng

                                       Attorneys for Defendant AT&T Mobility, LLC

11 Dated: September 10, 2007           Hoffman and Lazear

                                       By: _____
                                           Morgan M. Mack

                                       Attorneys for Plaintiffs Zoltan and Ynez Stiener

## PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On September 18, 2007, I served the foregoing document(s) described as

- **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

      by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

      by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

H. Tim Hoffman  
Hoffman & Lazear  
180 Grand Avenue, Suite 1550  
Oakland, CA 94612  
510-763-5700  
Email: hth@hoffmanandlazear.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 18, 2007, at Palo Alto, California.

_Meghan C. Samora_

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT  
CASE NO. C 07-04486 SBA