PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
JOHANNA W. ROBERTS (CA SBN 191472)
(JRoberts@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.   C 07-04486-SBA<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. CIVIL LR 6-1(A)]**<br><br>The Hon. Saundra B. Armstrong<br><br>Complaint filed:   August 29, 2007 |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 07-04486-SBA
sf-2390765

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiffs Zoltan and Ynez Stiener and defendant Apple Inc., through their respective attorneys,
3  that the time by which defendant Apple Inc. may plead or otherwise respond to the operative
4  complaint shall be extended to and including October 19, 2007.  There have been no previous
5  modifications of any deadlines in this case and the stipulated extension does not affect the initial
6  case management conference, currently scheduled for December 5, 2007.

Dated: September 17, 2007    PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
        Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: September 18, 2007    H. TIM HOFFMAN
ARTHUR W. LAZEAR
MORGAN M. MACK
HOFFMAN & LAZEAR

By:   /s/ Morgan M. Mack
        Morgan M. Mack

*Attorneys for Plaintiffs*
ZOLTAN AND YNEZ STIENER

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation For Extension Of Time To Respond To Complaint.  In compliance with General Order 45, X.B., I hereby attest that Morgan M. Mack has concurred in this filing.

Dated:  September 19, 2007    MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 06 5358 JW
sf-2390765