DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Defendant
AT&T MOBILITY, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07-04486 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Sarah E. Reynolds, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing AT&T Mobility, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the Illinois State Bar, the Northern District of Illinois, and the U.S. Trade Court;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

1  program of this Court; and

2  3. An attorney who is a member of the bar of this Court in good standing and who
3  maintains an office within the State of California has been designated as
4  co-counsel in the above-entitled action. The name, address and telephone number
5  of that attorney is:

6  
7  Rena Chng (SBN 209665)
   Mayer Brown, LLP
8  Two Palo Alto Square, Suite 300
   3000 El Camino Real
9  Palo Alto, CA 94306
   Telephone: (650) 331-2000

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct. Executed at Chicago, Illinois this 18th day of September 2007.
12  

13  Dated: September 18, 2007

14  
15                                     _____
                                        SARAH E. REYNOLDS

## PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On September 19, 2007, I served the foregoing document(s) described as

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on each interested party, as follows:

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

    by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| H. Tim Hoffman<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>510-763-5700<br>Email: hth@hoffmanandlazear.com | The State Bar of California<br>Office of Certification<br>180 Howard Street<br>San Francisco, CA 94105 |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2007, at Palo Alto, California.

*/s/ Meghan C. Samora*
Meghan C. Samora

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001244
Cashier ID: lonahac
Transaction Date: 09/19/2007
Payer Name: Mayer Brown LLP
-----------------------------------
PRO HAC VICE
 For: Sarah E. Reynolds
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 2506
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-4486-SBA for Sarah E.
Reynolds.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```