RECEIVED
SEP 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated. <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. C 07-04486 SBA <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Sarah E. Reynolds, an active member in good standing of the bar of the State of Illinois, whose business address and telephone number is:

Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing AT&T Mobility, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated: _____

UNITED STATES DISTRICT JUDGE
HONORABLE SAUNDRA B. ARMSTRONG

## PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On September 19, 2007, I served the foregoing document(s) described as

- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on each interested party, as follows:

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

    by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| H. Tim Hoffman<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>510-763-5700<br>Email: hth@hoffmanandlazear.com | The State Bar of California<br>Office of Certification<br>180 Howard Street<br>San Francisco, CA 94105 |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2007, at Palo Alto, California.

_____
Meghan C. Samora