ORIGINAL

1  DONALD M. FALK (SBN 150256)
     dfalk@mayerbrown.com
2  RENA CHNG (SBN 209665)
     rchng@mayerbrown.com
3  MAYER BROWN, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA 94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
7  Attorneys for Defendant
   AT & T MOBILITY, LLC
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT & T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07-04486 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|

Pursuant to Civil L.R. 11-3, Victoria R. Collado, an active member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Western District of Michigan and the U.S. District Court for the Eastern District of Wisconsin, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing AT & T Mobility, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the Illinois State Bar and the Northern District of Illinois;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Rena Chng (SBN 209665)
Mayer Brown, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Chicago, Illinois this 18th day of September 2007.

Dated: September 18, 2007

*/s/ Victoria Collado*
VICTORIA R. COLLADO

# PROOF OF SERVICE

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On September 19, 2007, I served the foregoing document(s) described as

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on each interested party, as follows:

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

    by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

H. Tim Hoffman  
Hoffman & Lazear  
180 Grand Avenue, Suite 1550  
Oakland, CA 94612  
510-763-5700  
Email: hth@hoffmanandlazear.com

The State Bar of California  
Office of Certification  
180 Howard Street  
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2007, at Palo Alto, California.

_____  
Meghan C. Samora

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001245
Cashier ID: lenahac
Transaction Date: 09/19/2007
Payer Name: Mayer Brown LLP

PRO HAC VICE
 For: Victoria R. Collado
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:      $210.00

CHECK
 Check/Money Order Num: 2505
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

CV-07-4486-SBA for Victoria R.
Collado.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```