RECEIVED
SEP 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL

FILED
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT C...
NORTHERN DISTRICT OF CA... ...NIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,

Defendant and Counterclaimant.

Case No. C 07-04486 SBA

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Victoria R. Collado, an active member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Western District of Michigan and the U.S. District Court for the Eastern District of Wisconsin, whose business address and telephone number is:

Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing AT&T Mobility, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated: 9/20/07

_____
UNITED STATES DISTRICT JUDGE
HONORABLE SAUNDRA B. ARMSTRONG

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. C 07-04486 SBA

44040484