

1  Max Folkenflik, Esq.
   **FOLKENFLIK & MCGERITY**
2  1500 Broadway, 21st Floor
   New York, NY 10036
3  Telephone:  (212) 757-0400
   Facsimile:   (212) 757-2010
4

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ZOLTAN STIENER and YNEZ STIENER, )
individually and on behalf of all others )  Case No: C 07-04486 SBA
similarly situated, )
                                         )
            Plaintiffs, )  **APPLICATION FOR**
                                         )  **ADMISSION OF ATTORNEY**
vs. )  ***PRO HAC VICE***
                                         )
APPLE, INC., AT&T MOBILITY, LLC, )
and DOES 1 through 50, inclusive, )  Hon. Saundra B. Armstrong
                                         )
            Defendants. )
                                         )

Pursuant to Civil L.R. 11-3, MAX FOLKENFLIK, an active member in good standing of the bar of the United States Supreme Court, the United States Circuit Courts of Appeal for the First, Second and Third Circuits, the United States District Courts for the Southern and Eastern Districts in the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs and the putative class in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of the United State Supreme Court, or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> H. Tim Hoffman, Esq.
> Hoffman & Lazear
> 180 Grand Avenue Suite #1550
> Oakland CA 94612
> (510) 763-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2007

_____
Max Folkenflik

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001348
Cashier ID: lenahac
Transaction Date: 10/11/2007
Payer Name: Hoffman and Lazear

PRO HAC VICE
 For: Hoffman and Lazear
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 778
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-4486-SBA for Max Folkenflik.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```