RECEIVED
OCT 11 2007

Max Folkenflik, Esq.
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: C 07-04486 SBA<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Hon. Saundra B. Armstrong |

MAX FOLKENFLIK, an active member in good standing of the bar of the United States Supreme Court, the United States Circuit Courts of Appeal for the First, Second and Third Circuits, the United States District Courts for the Southern and Eastern Districts in the State of New York, whose business address and telephone number are:

Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, New York 10036
(212) 757-0400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Zoltan Stiener and Ynez Stiener, individually and on behalf of all others similarly situated, and on behalf of the general public.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2007

_____
United States Magistrate Judge