1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>            Defendants. | Case No.   C 07-04486-SBA<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE**<br><br><br>The Hon. Saundra B. Armstrong<br>Complaint filed:   August 29, 2007 |

NOTICE OF APPEARANCE
Case No. C 07-04486-SBA
sf-2406971

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE of the appearance of Morrison & Foerster LLP as counsel of

3  record for and on behalf of Defendant Apple Inc. Copies of all pleadings and notices pertaining

4  to the above-entitled matter should be forwarded to counsel at the following address:

5
                Penelope A. Preovolos
                Andrew D. Muhlbach
6                 Johanna W. Roberts
7                 MORRISON & FOERSTER LLP
                425 Market Street
8                 San Francisco, CA 94105-2482
                Telephone: (415) 268-7000
9                 Facsimile: (415) 268-7522
                E-mail: PPreovolos@mofo.com
10                AMuhlbach@mofo.com
11                JRoberts@mofo.com
.

12

13

14

15  Dated: October 19, 2007         PENELOPE A. PREOVOLOS
                                     ANDREW D. MUHLBACH
                                     JOHANNA W. ROBERTS
16                                    MORRISON & FOERSTER LLP

17

18                                  By:  /s/ Penelope A. Preovolos
19                                      Penelope A. Preovolos

20                                *Attorneys for Defendant*
                               APPLE INC.

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                 1
Case No. 07-04486-SBA
sf-2406971