| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) (AMuhlbach@mofo.com) |
| 3 | JOHANNA W. ROBERTS (CA SBN 191472) (JRoberts@mofo.com) |
| 4 | MORRISON & FOERSTER LLP 425 Market Street |
| 5 | San Francisco, California 94105-2482 Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | *Attorneys for Defendant* APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated, | Case No.   C 07-04486-SBA |
| | **CLASS ACTION** |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 THROUGH 50, inclusive, | **[N.D. CAL. LOCAL RULE 3-16]** |
| Defendants. | |
| | Complaint filed:   August 29, 2007 |

CERTIFICATION OF INTERESTED ENTITIES
Case No. C 07-04486-SBA
sf-2405734

Pursuant to Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1(a), defendant Apple Inc. ("Apple"), through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Apple has no parent corporation. According to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in April 2007, there are no beneficial owners that hold more than 10% of Apple's outstanding common stock.

Dated: October 19, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

CERTIFICATION OF INTERESTED ENTITIES          1
Case No. 07-04486-SBA
sf-2405734