1 PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
2 ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
3 JOHANNA W. ROBERTS (CA SBN 191472)
(JRoberts@mofo.com)
4 MORRISON & FOERSTER LLP
425 Market Street
5 San Francisco, California 94105-2482
Telephone: 415.268.7000
6 Facsimile: 415.268.7522

7 *Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>             Defendants. | Case No.    C 07-04486-SBA<br><br>**PROOF OF SERVICE BY MAIL**<br><br>The Hon. Saundra B. Armstrong<br>Complaint filed:    August 29, 2007 |

PROOF OF SERVICE BY MAIL
Case No. C 07-04486-SBA
sf-2408364

**PROOF OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF APPEARANCE**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ANSWER TO CLASS ACTION COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

Morgan M. Mack
Hoffman and Lazear
180 Grand Avenue
Suite 1550
Oakland, CA 94612

Margaret McGerity
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

Sarah E. Reynolds
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 19th day of October, 2007.

|  Marci M. Marcantonio  |  /s/ Marci Marcantonio  |
| :---: | :---: |
| (typed) | (signature) |

PROOF OF SERVICE BY MAIL
Case No. C 07-04486-SBA
sf-2408364