1  DONALD M. FALK (SBN 150256)
    dfalk@mayerbrown.com
2  RENA CHNG (SBN 209665)
    rchng@mayerbrown.com
3  MAYER BROWN, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6
   Attorneys for Defendant
7  AT&T MOBILITY, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **OAKLAND DIVISION**

11

12 | ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated, | Case No. C 07-04486 SBA |
   |---|---|
   | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
   | v. | |
   | APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, | |
   | Defendants. | |

---

44041403

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-04486 SBA

Dockets.Justia.com

1  Pursuant to Civil Local Rule 6-1(a), plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and defendant AT&T Mobility, LLC ("AT&T"), by and through their respective counsel of record, hereby stipulate that the time in which AT&T may respond to Plaintiffs' complaint be extended to and include November 23, 2007.

IT IS SO STIPULATED.

Dated: October 22, 2007

Mayer Brown LLP

By: _____
Donald M. Falk

Attorneys for Defendant AT&T Mobility, LLC

Dated: October 20, 2007

Folkenflik & McGerity

By: _____
Max Folkenflik

Attorneys for Plaintiffs Zoltan and Ynez Stiener