1  DONALD M. FALK (SBN 150256)
     dfalk@mayerbrown.com
2  RENA CHNG (SBN 209665)
     rchng@mayerbrown.com
3  MAYER BROWN, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6        - and –
   VICTORIA R. COLLADO (*pro hac vice*)
7     vcollado@mayerbrown.com
   SARAH E. REYNOLDS (*pro hac vice*)
8     sreyholds@mayerbrown.com
   MAYER BROWN LLP
9  71 South Wacker Drive
   Chicago, IL  60606
10 Telephone:    (312) 701-0700
   Facsimile:    (312) 701-7711
11
   Attorneys for Defendant
12 AT&T MOBILITY LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br>    Defendants. | Case No. C 07-04486 SBA<br><br>**AT&T MOBILITY LLC'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[FED. R. CIV. P. 7.1 AND CIV. L.R. 3-16]** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, defendant AT&T Mobility LLC ("AT&T") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. BLS Cingular Holdings, LLC
2. BellSouth Mobile Data, Inc.
3. SBC Alloy Holdings, Inc.
4. SBC Long Distance, LLC
5. AT&T Mobility Corp.

AT&T is a Delaware limited liability company. The above companies are owners. No publicly held corporation owns 10% or more of its stock.

Dated: November 1, 2007

Mayer Brown LLP,

By: /s/ Rena Chng
    Rena Chng

*Attorneys for Defendant AT&T Mobility LLC*