PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
JOHANNA W. ROBERTS (CA SBN 191472)
(JRoberts@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.   C 07-04486-SBA<br><br>**CLASS ACTION**<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>**[N.D. CAL. L.R. 16-8(b) AND ADR L.R. 3-5(b)]**<br><br>Complaint filed:   August 29, 2007 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" *on the Court's ADR Internet site www.adr.cand.uscourts.gov.* (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

1     (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 14, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: November 14, 2007

By: /s/ Lynn Miller

APPLE INC.

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this ADR Certification. In compliance with General Order 45.X.B, I hereby attest that Lynn Miller has concurred in this filing.

Dated: November 14, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
     Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

ADR CERTIFICATION
Case No. C-07-04486-SBA
sf-2422086