1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 ZOLTAN STIENER and YNEZ STIENER,              Case No.   C 07-04486-SBA
   individually and on behalf of all others similarly
13 situated,                                     **CLASS ACTION**

14                Plaintiffs,                    **NOTICE OF NEED FOR ADR
         v.                                       PHONE CONFERENCE**
15
   APPLE, INC., AT&T MOBILITY, LLC, and
16 DOES 1 THROUGH 50, inclusive,

17                Defendants.
                                                 Complaint filed:   August 29, 2007
18

19     Counsel report that they have met and conferred regarding ADR and that they:

20     ☒     have not yet reached an agreement to an ADR process

21     ☐     request an Early Settlement Conference with a Magistrate Judge

22     Date of Case Management Conference:   March 5, 2008

23     Counsel notes that the Case Management Conference in this case has been postponed to

24 March 5, 2008, by stipulated order in light of Defendant AT&T Mobility, LLC's  currently-

25 pending Motion to Stay its Obligations Under the Court's Initial Scheduling Order and its intent

26 to file a Motion to Compel Arbitration.  It may be premature to hold an ADR phone conference at

27 this time and before resolution of AT&T's motions.

28

NOTICE OF NEED FOR ADR PHONE CONFERENCE.
Case No. C-07-04486-SBA                                                                    1
sf-2422092

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Andrew Muhlbach | Apple Inc. | 415-268-7221 | AMuhlbach@MoFo.com |
| Victoria Collado | AT&T Mobility | 312-701-7228 | vcollado@mayerbrown.com |
| Max Folkenflik | Plaintiff | 212-757-0400 | max@fmlaw.net |

Dated: November 14, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
       Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: November 14, 2007

DONALD M. FALK
RENA CHANG
MAYER BROWN LLP

VICTORIA R. COLLADO
SARAH E. REYNOLDS
MAYER BROWN LLP

By:  /s/ Victoria R. Collado
       Victoria R. Collado

*Attorneys for Defendant*
AT&T MOBILITY LLC

NOTICE OF NEED FOR ADR PHONE CONFERENCE.
Case No. C-07-04486-SBA
sf-2422092

2

|   |   |
|---|---|
| Dated: November 14, 2007 | H. TIM HOFFMAN<br>ARTHUR W. LAZEAR<br>MORGAN M. MACK<br>HOFFMAN & LAZEAR<br><br>MAX FOLKENFLIK<br>MARGARET MCGERITY<br>FOLKENFLIK & MCGERITY<br><br>By: /s/ Max Folkenflik<br>　　　Max Folkenflik<br><br>*Attorneys for Plaintiffs*<br>ZOLTAN STIENER AND YNEZ STIENER |

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this ADR Certification. In compliance with General Order 45.X.B, I hereby attest that Victoria R. Collado and Max Folkenflik have concurred in this filing.

|   |   |
|---|---|
| Dated: November 14, 2007 | PENELOPE A. PREOVOLOS<br>ANDREW D. MUHLBACH<br>JOHANNA W. ROBERTS<br>MORRISON & FOERSTER LLP<br><br>By: /s/ Penelope A. Preovolos<br>　　　Penelope A. Preovolos<br><br>*Attorneys for Defendant*<br>APPLE INC. |