```
 1  DONALD M. FALK (SBN 150256)
      dfalk@mayerbrown.com
 2  RENA CHNG (SBN 209665)
      rchng@mayerbrown.com
 3  MAYER BROWN, LLP
    Two Palo Alto Square, Suite 300
 4  3000 El Camino Real
    Palo Alto, CA  94306-2112
 5  Telephone:  (650) 331-2000
    Facsimile:   (650) 331-2060
 6       - and –
    VICTORIA R. COLLADO (pro hac vice)
 7    vcollado@mayerbrown.com
    SARAH E. REYNOLDS (pro hac vice)
 8    sreyholds@mayerbrown.com
    MAYER BROWN LLP
 9  71 South Wacker Drive
    Chicago, IL  60606
10  Telephone:    (312) 701-0700
    Facsimile:    (312) 701-7711
11
    Attorneys for Defendant
12  AT&T MOBILITY LLC
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT & T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No. C 07-04486 SBA<br><br>**CLASS ACTION**<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>**[N.D. CAL. L.R. 16-8(B) AND ADR L.R. 3-5(B)]**<br><br>Complaint Filed: August 29, 2007 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)    Read the handbook entitled *"Dispute Resoution Procedures in the Northern Distrcit of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited*

*printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any pf the available dispute resolution options.

Dated: November 14, 2007

By: /s/ Diane Bonina
     Diane Bonina

*AT&T Mobility LLC*

Dated: November 14, 2007         Mayer Brown LLP,

By: /s/ Victoria Collado
     Victoria Collado

*Attorneys for Defendant AT&T Mobility LLC*