# Consumer iTunes Activation Process







Dockets.Justia.com

# Consumer iTunes Activation Process




Are You a New or Existing AT&T (Cingular) Wireless Customer?

**I am an existing AT&T (Cingular) wireless customer:**
- ● Replace a phone on my account with this iPhone.
- ○ Add a new line to my existing account.

**I am a new AT&T wireless customer:**
- ○ Activate one iPhone now.
- ○ Activate two or more iPhones on an Individual or FamilyTalk Plan.

Cancel    Go Back    Continue

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



## Consumer iTunes Activation Process



AT&T (Cingular) Account Information

Please enter your AT&T (Cingular) wireless account information:

Your Current Mobile Number: 513  4100449

Billing Zip Code*: 30004

Last 4 Digits of Social Security Number*: 1046   Why do we need this?

* Enter this information for primary account holder.

Cancel    Go Back    Continue

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 3

# Consumer iTunes Activation Process



# Consumer iTunes Activation Process





Page 5

# Consumer iTunes Activation Process






# Consumer iTunes Activation Process





Page 7

# Consumer iTunes Activation Process







# Consumer iTunes Activation Process







## Consumer iTunes Activation Process



