# AT&T — Notice of Dispute

AT&T Mobility ("AT&T"), formerly Cingular Wireless, is committed to resolving its customers' disputes in a fair and efficient manner. If you are unsatisfied with the resolution that a customer service representative offers for a problem that you are experiencing, you may notify us of your dispute by sending this form to AT&T's legal department.

**Please complete this form in its entirety (printing legibly). Retain a copy for your records and send the completed form by certified U.S. mail to:** General Counsel, AT&T Mobility LLC, 5565 Glenridge Connector, 20th Floor, Atlanta, GA 30342.

An AT&T representative will respond within 30 days of receiving this form. If the dispute is not resolved to your satisfaction, you may begin arbitration by submitting a Demand for Arbitration to the American Arbitration Association. We provide further details on our website (at http://www.cingular.com/disputeresolution), as well as a Demand for Arbitration form.

_____          _____
Name of account holder                              Account number

_____          _____
Mobile phone number                                 Additional number at which you may be reached
                                                                during business hours

Your email address:    _____

Your fax number:        _____

Your billing address:  _____

                                  _____

If you are an authorized representative of the account holder, please print your name, your relationship to the account holder, your address, and a phone number at which you may best be reached during business hours:

**Please briefly describe the nature of your dispute and attach any supporting documents that you wish. If necessary, please use the reverse side.**

**Please briefly describe the relief that you would like from AT&T.**

_____                              _____
Date                                                 Signature

Dockets.Justia.com