FOLKENFLIK & McGERITY
Max Folkenflik, Esq.
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400

HOFFMAN & LAZEAR
H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, | Case No. C 07-04486 SBA |
| Plaintiffs, | [Assigned to the Honorable Saundra Brown Armstrong] |
| v. | |
| APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, | ***DECLARATION OF MAX FOLKENFLIK IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION*** |
| Defendants. | |

I, MAX FOLKENFLIK, declare as follows:

     1.    I am a member of the firm of Folkenflik & McGerity, co-counsel with Hoffman & Lazear, for Plaintiffs and I make this Declaration in support of the Opposition to Defendants' Motion to Compel Arbitration.

     2.    Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in this action.

Dockets.Justia.com

3. Attached hereto as Exhibit B is a true and correct copy of a screenshot of the webpage found at www.wireless.att.com

4. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2008 at New York, New York.

Respectfully submitted,

FOLKENFLIK & McGERITY

/S/
Max Folkenflik, Esq.
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400

HOFFMAN & LAZEAR
H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

*Attorneys for Plaintiffs*