Stiener et al v. Apple, Inc. et al  Doc. 46 Att.



http://www.wireless.att.com/cell-phone-service/welcome/index.jsp   EXHIBIT B

Dockets.Justia.com