| | |
|---|---|
| 1 | H. TIM HOFFMAN (049141)<br>ARTHUR W. LAZEAR (083603) |
| 2 | MORGAN M. MACK (212659)<br>**HOFFMAN & LAZEAR** |
| 3 | 180 Grand Avenue, Suite 1550<br>Oakland, California 94612 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>Zoltan Stiener and Ynez Stiener |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,

Defendants.

CASE NO: C 07-04486 SBA

CERTIFICATE OF SERVICE

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On January 23, 2008, I served the following Documents:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION;**

**DECLARATION OF MAX FOLKENFLIK IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

✓ **EMAIL:** By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

---

Certificate of Service

-1-

Morgan M. Mack mmm@hoffmanandlazear.com

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-04486 SBA:

Rena Su-Ling Chng     rchng@mayerbrownrowe.com
Victoria R. Collado     vcollado@mayerbrown.com, courtnotification@mayerbrown.com
Donald M. Falk     dfalk@mayerbrown.com, ksurzynski@mayerbrown.com
Max Folkenflik     max@fmlaw.net
H. Tim Hoffman     hth@hoffmanandlazear.com
Arthur William Lazear     awl@hoffmanandlazear.com
Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

> Margaret McGerity
> Folkenflik & McGerity
> 1500 Broadway, 21st Floor
> New York, NY 10036

> Sarah E Reynolds
> Mayer Brown, LLP
> 71 South Wacker Drive
> Chicago, IL 60606

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 23, 2008

*/s/ Shola Ogunlana*
Shola Ogunlana