DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
  rchng@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
          -and-
VICTORIA R. COLLADO (*pro hac vice*)
  vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
  sreynolds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 701-0700
Facsimile:  (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 07-04486 SBA<br><br>STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT<br><br>Date:　　February 26, 2008<br>Time:　　1:00 p.m.<br>Courtroom:  400<br>Judge:　Honorable Saundra B. Armstrong |

STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
ARBITRATION AND TO DISMISS CLAIMS, CASE NO. C 07-04486 SBA

Dockets.Justia.com

# STATEMENT OF RECENT DECISION

Defendant AT&T Mobility LLC respectfully submits the attached decision of the Supreme Court of the United States, *Preston v. Ferrer*, No. 06-1463, __ U.S. __, __ S. Ct. ___, 2008 WL 440670 (U.S. Feb. 20, 2008).

DATED: February 20, 2008  

MAYER BROWN LLP

By: /s/ Donald M. Falk
    Donald M. Falk

*Of Counsel*:
Evan M. Tager
Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20036
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Donald M. Falk (SBN 150256)
Rena Chng (SBN 209665)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Victoria R. Collado (*pro hac vice*)
Sarah E. Reynolds (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0700
Facsimile: (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC