H. TIM HOFFMAN (049141)
hth@hoffmanandlazear.com
ARTHUR W. LAZEAR (083603)
awl@hoffmanandlazear.com
MORGAN M. MACK (212659)
mmm@hoffmanandlazear.com
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

MAX FOLKENFLIK, ESQ.
max@fmlaw.net
MARGARET McGERITY, ESQ.
MMcGerity@fmlaw.net
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 07-04486 SBA<br><br>PLAINTIFFS STATEMENT OF RECENT DECISION IN OPPOSITION TO DEFENDANT AT&T MOBILITY LLC MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT<br><br>Date: February 26, 2008<br>Time: 1:00 p.m.<br>Courtroom: 400<br>Judge: Honorable Saundra B. Armstrong |

PLAINTIFFS STATEMENT OF RECENT DECISION IN OPPOSITION OF DEFENDANT AT&T MOBILITY LLC MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT
-1-

Dockets.Justia.com

## STATEMENT OF RECENT DECISION

Plaintiffs ZOLTAN STIENER and YNEZ STIENER respectfully submit the attached decision of the United States Court of Appeals for the Ninth Circuit, *Lowden v. T-Mobile USA, Inc.*, No.06-35395, 2008 U.S. App. LEXIS 1190 (U.S. January 22, 2008).

Dated: February 22, 2008              HOFFMAN & LAZEAR

By:   /s/ Arthur W. Lazear
      Arthur W. Lazear

H. TIM HOFFMAN (049141)
hth@hoffmanandlazear.com
ARTHUR W. LAZEAR (083603)
awl@hoffmanandlazear.com
MORGAN M. MACK (212659)
mmm@hoffmanandlazear.com
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

MAX FOLKENFLIK, ESQ.
max@fmlaw.net
MARGARET McGERITY, ESQ.
MMcGerity@fmlaw.net
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010

Attorney for Plaintiffs ZOLTAN STIENER and YNEZ STIENER