H. TIM HOFFMAN (049141)
hth@hoffmanandlazear.com
ARTHUR W. LAZEAR (083603)
awl@hoffmanandlazear.com
MORGAN M. MACK (212659)
mmm@hoffmanandlazear.com
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiffs
Zoltan Stiener and Ynez Stiener

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: C 07-04486 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On February 22, 2008, I served the following documents:

**PLAINTIFFS STATEMENT OF RECENT DECISION IN OPPOSITION TO DEFENDANT AT&T MOBILITY LLC MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS PURSUANT TO THE FEDERAL ARBITRATION ACT**

---

Certificate of Service

-1-

**EMAIL:** By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

Morgan M. Mack  mmm@hoffmanandlazear.com

Margaret McGerity  MmcGerity@fmlaw.net

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

**ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-04486 SBA:

Rena Su-Ling Chng    rchng@mayerbrownrowe.com
Victoria R. Collado    vcollado@mayerbrown.com, courtnotification@mayerbrown.com
Donald M. Falk    dfalk@mayerbrown.com, ksurzynski@mayerbrown.com
Max Folkenflik    max@fmlaw.net
H. Tim Hoffman    hth@hoffmanandlazear.com
Arthur William Lazear    awl@hoffmanandlazear.com
Penelope Athene Preovolos    ppreovolos@mofo.com, kfranklin@mofo.com

**BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

    Sarah E Reynolds
    Mayer Brown, LLP
    71 South Wacker Drive
    Chicago, IL 60606

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 22, 2008

                                           Shola Ogunlana