DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
     - and –
VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreyholds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 701-0700
Facsimile:    (312) 701-7711

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,

Defendants.

Case No. C 07-04486 SBA

**MOTION FOR LEAVE TO FILE WILLIAMS DECLARATION TO CORRECT THE RECORD ON ATTM'S MOTION TO COMPEL ARBITRATION WITH RESPECT TO RESTOCKING FEE (LOCAL RULE 7-11**)

Pursuant to Local Rule 7-11, defendant AT&T Mobility LLC ("ATTM") hereby seeks leave to file the Declaration of David Williams to correct the record on ATTM's Motion to Compel Arbitration for the reasons set forth below. This administrative motion is supported by the Declaration of Victoria Collado ("Collado Dec."), the parties' Stipulation, and the [Proposed] Order filed herewith.

On February 12, 2008, ATTM filed its reply in support of its Motion to Compel Arbitration. *See* Docket No. 48. In that reply, ATTM explained that a 10% restocking fee is charged when a customer returns an iPhone after opening the box.

On February 13, 2008, counsel for Apple informed counsel for ATTM that Apple retail stores have a policy of waiving this restocking fee if the customer did not agree to ATTM's terms and conditions. Collado Dec., ¶ 2. On February 22, 2008, counsel for Apple forwarded the Declaration of David Williams, which describes this policy. *Id*. Ex. A.

As plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") have no objection to clarifying the record, ATTM respectfully requests that the Court grant ATTM leave to file the Declaration of David Williams submitted herewith.

Dated: February 22, 2008　　　　　　　　　Mayer Brown LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/　Donald M. Falk
　　　　　　　　　　　　　　　　　　　　　　　Donald M. Falk

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant AT&T Mobility LLC*