DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
    - and –
VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreyholds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 701-0700
Facsimile:    (312) 701-7711

Attorneys for Defendant
AT&T MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 07-04486 SBA<br><br>**DECLARATION OF VICTORIA COLLADO IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION FOR LEAVE TO FILE WILLIAMS DECLARATION TO CORRECT THE RECORD ON ATTM'S MOTION TO COMPEL ARBITRATION WITH RESPECT TO RESTOCKING FEE (LOCAL RULE 7-11)** |

I, Victoria R. Collado, do hereby declare:

1. I am Counsel with the law firm of Mayer Brown LLP, and I am one of the attorneys representing defendant AT&T Mobility, LLC ("ATTM") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would testify thereto.

2. On February 13, 2008, counsel for Apple informed me that Apple retail stores have a policy of waiving the restocking fee if the customer did not agree to ATTM's terms and conditions.

3. On February 22, 2008, counsel for Apple forwarded the Declaration of David Williams. Attached hereto as Exhibit A is a true and correct copy of the Declaration of David Williams.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Chicago, Illinois this 22nd day of February, 2008.

/s/ Victoria R. Collado
Victoria R. Collado

*Filer's Attestation: Pursuant to General Order No. 45, I, Rena Chng, attest that I obtained concurrence in the filing of this document from the signatory.*

1

COLLADO DEC. IN SUPP. OF MOTION FOR LEAVE TO FILE WILLIAMS DECLARATION TO CORRECT THE RECORD
CASE NO. C 07-04486 SBA