DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
      - and –
VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreyholds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 701-0700
Facsimile:    (312) 701-7711

Attorneys for Defendant
AT&T MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br>　　　　　Defendants. | Case No. C 07-04486 SBA<br><br>**STIPULATION ON ATTM'S MOTION FOR LEAVE TO FILE WILLIAMS DECLARATION** |

| | |
|---|---|
| 1 | Plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and defendant AT&T Mobility LLC |
| 2 | ("ATTM"), by and through their respective counsel of record, hereby stipulate as follows: |
| 3 | WHEREAS, ATTM intends to seek leave to file the Declaration of David Williams to |
| 4 | correct the record on its Motion to Compel Arbitration with respect to restocking fees; |
| 5 | WHEREAS, ATTM charges a restocking fee; and |
| 6 | WHEREAS, Plaintiffs have no reason to affirm or deny defendant Apple Computer, |
| 7 | Inc.'s assertions regarding restocking fees but do not object to clarifying the record, |
| 8 | NOW, THEREFORE, the parties, by and through their respective counsel of record, |
| 9 | stipulate that ATTM may seek leave to file the Declaration of David Williams. |
| 10 | **IT IS SO STIPULATED.** |

Dated: February 22, 2008                Folkenflik & McGerity

                                        By:    /s/  Max Folkenflik
                                                   Max Folkenflik

                                        *Attorneys for Plaintiffs Zoltan and Ynez Stiener*

Dated: February 22, 2008                Mayer Brown LLP

                                        By:    /s/  Rena Chng
                                                   Rena Chng

                                        *Attorneys for Defendant AT&T Mobility LLC*

*Filer's Attestation:  Pursuant to General Order No. 45, I, Rena Chng, attest that I obtained concurrence in the filing of this document from the other signatory.*