DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
    - and –
VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreyholds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:   (312) 701-0700
Facsimile:   (312) 701-7711

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. C 07-04486 SBA<br><br>**[PROPOSED] ORDER** |

Having considered defendant AT&T Mobility LLC ("ATTM") Motion for Leave to File the Declaration of David Williams to Correct the Record on ATTM's Motion to Compel Arbitration With Respect to Restocking Fee and the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

Date: _____  _____
Honorable Saundra B. Armstrong
United States District Judge