**ORIGINAL**

DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
  rchng@mayerbrown.com
MAYER BROWN, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
     - and –
VICTORIA R. COLLADO (*pro hac vice*)
  vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
  sreyholds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 701-0700
Facsimile:    (312) 701-7711

Attorneys for Defendant
AT&T MOBILITY LLC

FILED
2008 MAR 18 PM 1:03

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT & T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07-04486 SBA<br><br>**PROOF OF SERVICE** |

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

PROOF OF SERVICE
CASE NO. C 07-04486 SBA

On March 18, 2008, I served the foregoing document(s) described as:

**DEFENDANT AT&T MOBILITY LLC'S NOTICE OF APPEAL and CIVIL APPEALS DOCKETING STATEMENT**

on each interested party, as follows:

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below.

Max Folkenflik
  max@fmlaw.net
Margaret McGerity
FOLKENFLIK & MCGERITY
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010

*Attorneys for Zoltan Stiener and Ynez Stiener*

Penelope Athene Preovolos
  ppreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7187
Facsimile: (415) 268-7522

*Attorney for Apple, Inc.*

H. Tim Hoffman
  hth@hoffmanandlazear.com
Arthur William Lazear
  awl@hoffmanand lazear.com
Morgan M. Mack
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

*Attorneys for Zoltan Stiener and Ynez Stiener*

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | above is true and correct.
3 |
4 | Executed on March 18, 2008, at Palo Alto, California.

*Kristine Surzynski*
Kristine Surzynski