| | |
|---|---|
| 1 | DONALD M. FALK (SBN 150256) |
| | dfalk@mayerbrown.com |
| 2 | RENA CHNG (SBN 209665) |
| | rchng@mayerbrown.com |
| 3 | MAYER BROWN, LLP |
| | Two Palo Alto Square, Suite 300 |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 5 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 6 | - and – |
| | VICTORIA R. COLLADO (*pro hac vice*) |
| 7 | vcollado@mayerbrown.com |
| | SARAH E. REYNOLDS (*pro hac vice*) |
| 8 | sreyholds@mayerbrown.com |
| | MAYER BROWN LLP |
| 9 | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| 10 | Telephone: (312) 701-0700 |
| | Facsimile: (312) 701-7711 |

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 07-04486 SBA<br><br>**STIPULATION EXTENDING TIME FOR AT&T MOBILITY LLC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** |

Plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and defendant AT&T Mobility LLC ("ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the current deadline for ATTM to respond to Plaintiffs' complaint is March 26, 2008; and

WHEREAS, Plaintiffs agree to extend this deadline to April 22, 2008;

NOW, THEREFORE, the parties, by and through their respective counsel of record, stipulate that ATTM may file its response to Plaintiffs' complaint by April 22, 2008.

**IT IS SO STIPULATED.**

Dated: March 21, 2008  Folkenflik & McGerity

By: /s/ Max Folkenflik
Max Folkenflik

*Attorneys for Plaintiffs Zoltan and Ynez Stiener*

Dated: March 21, 2008  Mayer Brown LLP

By: /s/ Rena Chng
Rena Chng

*Attorneys for Defendant AT&T Mobility LLC*

*Filer's Attestation: Pursuant to General Order No. 45, I, Rena Chng, attest that I obtained concurrence in the filing of this document from the other signatory.*

### **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. ATTM's response to Plaintiffs' complaint is due on or before April 22, 2008.

Date: _____  _____
Honorable Saundra B. Armstrong
United States District Judge