DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreynolds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 701-0700
Facsimile:   (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 07-04486 SBA<br><br>DEFENDANT AT&T MOBILITY LLC'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION FOR STAY PENDING APPEAL<br><br>Date:    March 24, 2008<br><br>Honorable Saundra B. Armstrong |

Pursuant to Civil Local Rules 6-1, 6-3, and 7-11, Defendant AT&T Mobility LLC ("ATTM") hereby moves this Court for an administrative stay of all proceedings related to ATTM until the Court has resolved ATTM's motion for a stay pending its appeal to the Ninth Circuit of the denial of ATTM's motion to compel arbitration. In particular, ATTM's stay request includes its obligations under the Court's scheduling order, discovery obligations, the Case Management Conference currently scheduled for April 24, 2008, and the April 22, 2008 deadline to answer or otherwise respond to plaintiffs' complaint. A brief administrative stay is

ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING
RESOLUTION OF ITS MOTION FOR STAY PENDING APPEAL
CASE NO. CV 07-04486 SBA

Dockets.Justia.com

necessary for the same reasons that led this Court to grant a prior administrative stay pending resolution of the motion to compel arbitration (*see* Docket No. 41): The plaintiffs will suffer no prejudice from a brief delay, while ATTM will suffer irreparable harm if forced to proceed with litigation of this case while the Court considers whether to grant ATTM's motion for a stay pending appeal.[1]

An interim stay is necessary in light of several rapidly approaching deadlines that would require ATTM to participate in discovery and case management-related matters notwithstanding the pendency of its appeal. Indeed, under the Court's order denying ATTM's motion to compel arbitration, the parties must hold a Rule 26(f) discovery conference by March 27, 2008 and must submit a Joint Case Management Statement by April 3, 2008. Yet under the 35-day notice requirement of Civil Local Rule 7-2(a), ATTM's motion for a stay pending appeal cannot be heard until after these deadlines have passed. Thus, without a brief administrative stay, the parties will be forced to expend time and resources conferring about and formulating a discovery plan that would be rendered obsolete were this Court to grant a stay pending appeal and would be rendered moot were the Ninth Circuit to resolve the appeal in ATTM's favor. Neither the parties nor the Court would benefit from that potential waste of time and effort.

The administrative stay that ATTM requests would be limited in duration. In its motion for a stay pending appeal (filed concurrently with this motion), ATTM has sought to notice a hearing for April 29, 2008, which ATTM understands is the Court's earliest available hearing date consistent with Local Rule 7-2(a). To further reduce the length of the requested interim stay, ATTM would be amenable to expediting the briefing schedule for its stay motion and advancing the hearing date.

---

[1] On March 18, 2008, counsel for ATTM conferred with plaintiffs' counsel, requesting that plaintiffs agree to an interim stay of proceedings against ATTM pending this Court's resolution of ATTM's motion for a stay pending appeal. Plaintiffs were unwilling to agree to the requested interim stay. *See* Declaration of Rena Chng ¶ 3.

- 2 -

For the foregoing reasons, this Court should issue an administrative stay of all proceedings related to ATTM until the Court has resolved ATTM's motion for a stay pending appeal.

DATED: March 24, 2008　　　　　　　　　MAYER BROWN LLP

By: /s/ Donald M. Falk
　　　Donald M. Falk

*Of Counsel*:
Evan M. Tager
Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20036
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Donald M. Falk (SBN 150256)
Rena Chng (SBN 209665)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:　(650) 331-2000
Facsimile:　　(650) 331-2060

Victoria R. Collado (*pro hac vice*)
Sarah E. Reynolds (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0700
Facsimile:　(312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC