| | |
|---|---|
| 1 | DONALD M. FALK (SBN 150256) |
| | dfalk@mayerbrown.com |
| 2 | RENA CHNG (SBN 209665) |
| | rchng@mayerbrown.com |
| 3 | MAYER BROWN LLP |
| 4 | Two Palo Alto Square, Suite 300 |
| | 3000 El Camino Real |
| 5 | Palo Alto, CA 94306-2112 |
| | Telephone: (650) 331-2000 |
| 6 | Facsimile: (650) 331-2060 |

VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreynolds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0700
Facsimile: (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, | Case No.: C 07-04486 SBA |
| Plaintiffs, | DECLARATION OF RENA CHNG |
| v. | |
| APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive, | Judge: Honorable Saundra B. Armstrong |
| Defendants. | |

I, Rena Chng, do hereby declare:

1. I am an associate with the law firm of Mayer Brown LLP, and I am one of the attorneys representing defendant AT&T Mobility, LLC ("ATTM") in this action. I have personal knowledge of the matters stated herein, and, if called upon, I could and would testify thereto.

2. On March 18, 2008, I called Max Folkenflik, one of plaintiffs' counsel, to inform him that ATTM had filed an appeal and to request that plaintiffs consent to stay the deadlines set

forth in the Court's order of March 12, 2008, as to ATTM, pending the resolution of ATTM's appeal. Plaintiffs' counsel would not consent to that request.

       3.     I then informed Mr. Folkenflik that ATTM intended to file a motion to stay the case pending appeal and asked if plaintiffs would agree to stay the proceedings against ATTM pending resolution of ATTM's motion for a stay pending appeal. Mr. Folkenflik would not consent to that request either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Palo Alto, California, this 24th day of March, 2008.

                                        /s/ Rena Chng
                                         Rena Chng

*Filer's attestation: Pursuant to General Order No. 45, I, Donald Falk, attest that I obtained concurrence in the filing of this document from the signatory.*