1  DONALD M. FALK (SBN 150256)
    dfalk@mayerbrown.com
2  RENA CHNG (SBN 209665)
    rchng@mayerbrown.com
3  MAYER BROWN, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
6       - and –
   VICTORIA R. COLLADO (*pro hac vice*)
7    vcollado@mayerbrown.com
   SARAH E. REYNOLDS (*pro hac vice*)
8    sreyholds@mayerbrown.com
   MAYER BROWN LLP
9  71 South Wacker Drive
   Chicago, IL  60606
10 Telephone:    (312) 701-0700
   Facsimile:    (312) 701-7711

   Attorneys for Defendant
12 AT&T MOBILITY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br>           Defendants. | Case No. C 07-04486 SBA<br><br>**STIPULATION EXTENDING TIME FOR AT&T MOBILITY LLC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** |

---

STIPULATION EXTENDING ATTM'S TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-04486 SBA

44045622

Dockets.Justia.com

Plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and defendant AT&T Mobility LLC ("ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the current deadline for ATTM to respond to Plaintiffs' complaint is March 26, 2008; and

WHEREAS, Plaintiffs agree to extend this deadline to April 22, 2008;

NOW, THEREFORE, the parties, by and through their respective counsel of record, stipulate that ATTM may file its response to Plaintiffs' complaint by April 22, 2008.

**IT IS SO STIPULATED.**

Dated: March 21, 2008         Folkenflik & McGerity

                              By:    /s/  Max Folkenflik
                                     Max Folkenflik

                              *Attorneys for Plaintiffs Zoltan and Ynez Stiener*

Dated: March 21, 2008         Mayer Brown LLP

                              By:    /s/  Rena Chng
                                     Rena Chng

                              *Attorneys for Defendant AT&T Mobility LLC*

*Filer's Attestation: Pursuant to General Order No. 45, I, Rena Chng, attest that I obtained concurrence in the filing of this document from the other signatory.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. ATTM's response to Plaintiffs' complaint is due on or before April 22, 2008.

Date: 3/26/08

_____
Honorable Saundra B. Armstrong
United States District Judge

---

1

STIPULATION EXTENDING ATTM'S TIME TO RESPOND TO COMPLAINT
CASE NO. C 07-04486 SBA