1  H. TIM HOFFMAN (049141)
   hth@hoffmanandlazear.com
2  ARTHUR W. LAZEAR (083603)
   awl@hoffmanandlazear.com
3  MORGAN M. MACK (212659)
   mmm@hoffmanandlazear.com
4  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
5  Oakland, California 94612
   Telephone: (510) 763-5700
6  Facsimile:  (510) 835-1311

7  Attorneys for Plaintiffs
   Zoltan Stiener and Ynez Stiener
8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

                        **OAKLAND DIVISION**
12

13  ZOLTAN STIENER and YNEZ STIENER,  )   CASE NO: C 07-04486 SBA
    individually  and  on  behalf  of  all  others )
14  similarly situated,                           )
                                                  )
15                          Plaintiffs,           )
    vs.                                           )       **CERTIFICATE OF SERVICE**
16                                                )
    APPLE   COMPUTER,   INC.,   AT&T )
17  MOBILITY, LLC, and DOES 1 through 50, )
    inclusive,                                    )
18                                                )
                            Defendants.           )
19  _____ )

20   I, Angela F. Lazear, declare:

21         I am, and was at the time of the service mentioned in this declaration, over the age
     of 18 years and am not a party to this cause.  My business address is HOFFMAN &
22   LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California  94612, Alameda County,
     California. On March 27, 2008, I served the following documents:
23

24         **PLAINTIFFS'  OPPOSITION  TO  DEFENDANT  AT&T  MOBILITY'S**
           **ADMINISTRATIVE  MOTION  TO  STAY  PROCEEDINGS  PENDING**
25         **RESOLUTION OF MOTION FOR STAY PENDING APPEAL**

26   **EMAIL:** By transmitting via email based on a court order or an agreement of the

27
   _____
28  Certificate of Service
                                          -1-

1  parties to accept service by e-mail or electronic transmission, I caused the documents
   to be sent to the persons at the e-mail addresses listed below.

2  Morgan M. Mack [mmm@hoffmanandlazear.com](mailto:mmm@hoffmanandlazear.com)

3
   Margaret McGerity [MmcGerity@fmlaw.net](mailto:MmcGerity@fmlaw.net)

4
   **BY HAND DELIVERY**: By hand delivering the document(s) listed above to the

5  person(s) at the address(es) set forth below.

6   FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL
   EXPRESS drop box facility located closest to my office in Oakland, California, in a

7  sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery.
   The FEDERAL EXPRESS request form was completed in a manner so that postage

8  was prepaid, and contained instructions requesting delivery by not later than 5:00 pm
   the following business day, to the person(s) at the address(es) set forth below.

9
   ELECTRONIC FILING: The following parties were served by simultaneously filing the attached

10 document(s) with the United States District Court, Northern District of California, Case No.
   07-04486 SBA:

11
   Rena Chng     rchng@mayerbrown.com

12
   Victoria R. Collado     vcollado@mayerbrown.com, courtnotification@mayerbrown.com

13
   Donald M. Falk     dfalk@mayerbrown.com, ksurzynski@mayerbrown.com

14
   Max Folkenflik     max@fmlaw.net

15
   H. Tim Hoffman     hth@hoffmanandlazear.com

16 Arthur William Lazear     awl@hoffmanandlazear.com

   Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

17
   **BY MAIL:**  By placing the document(s) listed above in a sealed envelope with

18 postage thereon fully prepaid, in the United States mail at Oakland, California
   addressed as set forth below.

19
   Sarah E Reynolds

20 Mayer Brown, LLP
   71 South Wacker Drive

21 Chicago, IL 60606

22 I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

23
   Dated: March 27, 2008

24
                                              /s/ Angela F. Lazear

25                                            Angela F. Lazear, Paralegal

26

27

28  Certificate of Service