**RECEIVED**

MAR 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

March 19, 2008

**CASE INFORMATION:**
Short Case Title: <u>ZOLTAN STIENER, ET AL.</u>-v- <u>APPLE, INC., ET AL.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of CA (Oak), Hon. Saundra B. Armstrong</u>
Criminal and/or Civil Case No.: <u>CV 07-04486 SBA</u>
Date Complaint/Indictment/Petition Filed: <u>08/29/2007</u>
Date Appealed order/judgment *entered* <u>03/12/2008</u>
Date NOA *filed* <u>03/18/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>03/18/2008</u>            Date Docket Fee Billed:
Date FP granted:                                   Date FP denied:
Is FP pending? ☐ yes  ☐ no                         Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                  Appellee Counsel:

***SEE ATTACHED SERVICE LISTING***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:            9th Circuit Docket Number:  **08-15612**

Name & Phone Number of Person Completing this Form: <u>Jessie Mosley</u>
510-637-3536

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ZOLTAN STIENER, ET AL. et al,

    Plaintiff,

v.

APPLE, INC., ET AL. et al,

    Defendant.
_____/

Case Number: CV07-04486 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur William Lazear
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Donald M. Falk
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

H. Tim Hoffman
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612

Margaret McGerity
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

Max Folkenflik
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, NY 10036

Morgan M. Mack
Hoffman and Lazear
180 Grand Avenue
Suite 1550
Oakland, CA 94612

Penelope Athene Preovolos
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Rena Chng
Mayer Brown LLP
Two Palo Alto Square
Suite 300
Palo Alto, CA 94306

Sarah E Reynolds*
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

Victoria R. Collado
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Dated: March 19, 2008

                        Richard W. Wieking, Clerk
                        By: Jessie Mosley, Deputy Clerk