DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

VICTORIA R. COLLADO (*pro hac vice*)
 vcollado@mayerbrown.com
SARAH E. REYNOLDS (*pro hac vice*)
 sreynolds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 701-0700
Facsimile:  (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER,<br><br>  Plaintiffs,<br><br> v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: C 07-04486 SBA<br><br>DEFENDANT AT&T MOBILITY LLC'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION FOR STAY PENDING APPEAL AND ACCOMPANYING REPLY<br><br>Date:    March 28, 2008<br><br>  Honorable Saundra B. Armstrong |

Pursuant to Civil Local Rule 6-3(d), Defendant AT&T Mobility LLC ("ATTM") respectfully requests leave to file the accompanying reply in support of ATTM's administrative motion for an interim stay of these proceedings.

---

MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION FOR STAY PENDING APPEAL AND ACCOMPANYING REPLY, CASE NO. CV 07-04486 SBA

## REPLY IN SUPPORT OF ADMINISTRATIVE MOTION TO STAY PROCEEDINGS

In opposing our administrative motion for an interim stay, Plaintiffs chiefly attack the merits of our broader motion for a stay pending appeal. As we will show in our reply brief in support of that motion, they cite the wrong standard for stays pending appeal from orders denying arbitration motions; indeed, they completely ignore *Britton v. Co-Op Banking Group*, 916 F.2d 1405 (9th Cir. 1990), which sets forth the standard in the Ninth Circuit. *See* ATTM Motion For Stay Pending Appeal (Docket No. 63) at 4–5 (discussing *Britton*).

Here, we seek leave to make only two brief points regarding the request for an interim stay. First, Plaintiffs identify no harm to them that might result from a short stay in the few weeks necessary to resolve the underlying motion for a stay pending appeal.

Second, Plaintiffs assert (at page 4) that a stay should not be granted because their claims against Defendant Apple, Inc. (which are not subject to arbitration) might be litigated on a different track than their claims against ATTM. But Plaintiffs offer no reason to assume that the pace of proceedings against ATTM and Apple could not be harmonized later if ATTM's arbitration agreement were not enforced on appeal. More important, as the Supreme Court has repeatedly explained, the policy of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1–16, favoring arbitration rights outweighs any "fortuitous impact * * * on efficient [judicial] dispute resolution." *Dean Witter Reynolds, Inc. v. Byrd*, 470 U.S. 213, 221 (1985). When a case includes "other persons who are parties to the underlying dispute but not to the arbitration agreement," the FAA "*requires* piecemeal resolution when necessary to give effect to an arbitration agreement." *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 20 (1983) (emphasis added). Just this week the Supreme Court reiterated that "the inefficiency and difficulty of conducting simultaneous arbitration and federal-court litigation [is] not a good enough reason to defer the arbitration." *Hall Street Assocs., L.L.C. v. Mattel, Inc.*, __ U.S. __, 2008 WL 762537, at *7 (U.S. Mar. 25, 2008)) (citing *Byrd*). Because arbitration rights under the FAA must be "rigorously enforce[d] * * *, even if the result is 'piecemeal' litigation" (*Byrd*, 470 U.S. at 221), Plaintiffs' argument has no merit.

For the foregoing reasons, this Court should issue a stay of all proceedings related to ATTM until the Court has resolved ATTM's motion for a stay pending appeal.

DATED: March 28, 2008      MAYER BROWN LLP

By: /s/ Donald M. Falk
      Donald M. Falk

*Of Counsel*:
Evan M. Tager
Archis A. Parasharami
MAYER BROWN LLP
1909 K Street NW
Washington, DC 20036
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Donald M. Falk (SBN 150256)
Rena Chng (SBN 209665)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Victoria R. Collado (*pro hac vice*)
Sarah E. Reynolds (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-0700
Facsimile: (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC