UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZOLTAN STIENER, ET AL. <br>    Plaintiff, <br><br> vs. <br><br><br> APPLE, INC., ET AL., <br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | No. C 07-04486 SBA <br><br> CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for April 24, 2008, at 2:45 p.m., has been continued to Tuesday, April 29, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED: 4/9/08

                                                FOR THE COURT, <br>
                                                Richard W. Wieking, Clerk

                                       By: _____ <br>
                                                LISA R. CLARK <br>
                                                Courtroom Deputy

To: