H. TIM HOFFMAN (049141)
hth@hoffmanandlazear.com
ARTHUR W. LAZEAR (083603)
awl@hoffmanandlazear.com
MORGAN M. MACK (212659)
mmm@hoffmanandlazear.com
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Attorneys for Plaintiffs
Zoltan Stiener and Ynez Stiener

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: C 07-04486 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On April 10, 2008, I served the following documents:

**CLERK'S NOTICE**

**✗ EMAIL:** By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

---

Certificate of Service
-1-

| | |
|---|---|
| 1 | Morgan M. Mack mmm@hoffmanandlazear.com |
| 2 | |
| | Margaret McGerity MmcGerity@fmlaw.net |
| 3 | |
| | BY HAND DELIVERY: By hand delivering the document(s) listed above to the |
| 4 | person(s) at the address(es) set forth below. |

1  Morgan M. Mack mmm@hoffmanandlazear.com

2  Margaret McGerity MmcGerity@fmlaw.net

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

**X** **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-04486 SBA:

**Rena Chng**
rchng@mayerbrown.com

**H. Tim Hoffman**
hth@hoffmanandlazear.com

**Victoria R. Collado**
vcollado@mayerbrown.com,
courtnotification@mayerbrown.com

**Arthur William Lazear**
awl@hoffmanandlazear.com

**Donald M. Falk**
dfalk@mayerbrown.com,
ksurzynski@mayerbrown.com

**Penelope Athene Preovolos**
ppreovolos@mofo.com,
kfranklin@mofo.com

**Max Folkenflik**
max@fmlaw.net

**X** **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Sarah E Reynolds
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 10, 2008

Shola Ogunlana, Paralegal