# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN STIENER, ET AL.<br>　　Plaintiff,<br><br>　　vs.<br><br><br>APPLE, INC., ET AL.,<br>　　Defendant. | No. C 07-04486 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

　　**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for April 24, 2008, at 2:45 p.m., has been continued to Tuesday, April 29, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:  4/9/08

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　LISA R. CLARK
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

To: