1  H. TIM HOFFMAN (049141)
   hth@hoffmanandlazear.com
2  ARTHUR W. LAZEAR (083603)
   awl@hoffmanandlazear.com
3  MORGAN M. MACK (212659)
   mmm@hoffmanandlazear.com
4  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
5  Oakland, California 94612
   Telephone: (510) 763-5700
6  Facsimile:  (510) 835-1311

7  Attorneys for Plaintiffs
   Zoltan Stiener and Ynez Stiener

8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

                    **OAKLAND DIVISION**
12

13 ZOLTAN STIENER and YNEZ STIENER, )   CASE NO: C 07-04486 SBA
   individually and on behalf of all others )
14 similarly situated,                      )
                                            )
15                        Plaintiffs,       )
   vs.                                      )     **CERTIFICATE OF SERVICE**
16                                          )
   APPLE   COMPUTER,   INC.,   AT&T )
17 MOBILITY, LLC, and DOES 1 through 50, )
   inclusive,                               )
18                                          )
                         Defendants.        )
19 _____  )

20  I, Shola Ogunlana, declare:

21         I am, and was at the time of the service mentioned in this declaration, over the age
    of 18 years and am not a party to this cause.  My business address is HOFFMAN &
22  LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
    California. On April 10, 2008, I served the following documents:
23
           **PLAINTIFFS' OPPOSITION TO DEFENDANT AT&T MOBILITY'S MOTION**
24         **TO STAY PROCEEDINGS PENDING APPEAL**

25 X **EMAIL:** By transmitting via email based on a court order or an agreement of the
       parties to accept service by e-mail or electronic transmission, I caused the documents
26     to be sent to the persons at the e-mail addresses listed below.

27

28 Certificate of Service
                                        -1-

| | |
|---|---|
| Morgan M. Mack | Margaret McGerity |
| mmm@hoffmanandlazear.com | MmcGerity@fmlaw.net |

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

X **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-04486 SBA:

| | |
|---|---|
| **Rena Chng** | **H. Tim Hoffman** |
| rchng@mayerbrown.com | hth@hoffmanandlazear.com |
| | |
| **Victoria R. Collado** | |
| vcollado@mayerbrown.com, | **Arthur William Lazear** |
| courtnotification@mayerbrown.com | awl@hoffmanandlazear.com |
| | |
| **Donald M. Falk** | |
| dfalk@mayerbrown.com, | **Penelope Athene Preovolos** |
| ksurzynski@mayerbrown.com | ppreovolos@mofo.com, |
| | kfranklin@mofo.com |
| | |
| **Max Folkenflik** | |
| max@fmlaw.net | |

X **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Sarah E Reynolds
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 10, 2008

Shola Ogunlana, Paralegal