DONALD M. FALK (SBN 150256)
 dfalk@mayerbrown.com
RENA CHNG (SBN 209665)
 rchng@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060
        -and-
SARAH E. REYNOLDS (*pro hac vice*)
 sreynolds@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 701-0700
Facsimile:   (312) 701-7711

Attorneys for Defendant AT&T MOBILITY LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ZOLTAN STIENER and YNEZ STIENER,<br><br>                    Plaintiffs,<br><br>  v.<br><br>APPLE COMPUTER, INC., AT&T MOBILITY, LLC, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: C 07-04486 SBA<br><br>STIPULATED JOINT REQUEST TO STRIKE AT&T MOBILITY, LLC FROM CASE CAPTION;  ORDER |

Pursuant to Civil Local Rule 7-12, plaintiffs Zoltan and Ynez Steiner ("Plaintiffs") and defendant AT&T Mobility LLC ("ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs and ATTM have filed a stipulation of dismissal of Plaintiffs' individual claims against ATTM; and

WHEREAS, Plaintiffs and ATTM request that ATTM's name be stricken from the caption in this action,

NOW, THEREFORE, PLAINTIFFS AND ATTM, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AND JOINTLY REQUEST THAT:

The Court strike ATTM's name from the caption in this action.

IT IS SO STIPULATED.

Dated: September 8, 2009          Folkenflik & McGerity

                                  By:    /s/  Max Folkenflik
                                              Max Folkenflik

                                  *Attorneys for Plaintiffs Zoltan and Ynez Stiener*


Dated: September 8, 2009          Mayer Brown LLP

                                  By:    /s/  Rena Chng
                                              Rena Chng

                                  *Attorneys for Defendant AT&T Mobility LLC*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Rena Chng hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

- 3 -

1 **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant AT&T Mobility

3 LLC shall be stricken from the caption of this case.

4

5

6 Dated: 9/11/09

7 _____
The Honorable Saundra B. Armstrong
8 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28