UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZOLTAN STEINER, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>APPLE COMPUTER, et al.,<br><br>    Defendants. | Case No: C 07-4486 SBA<br><br>**ORDER CLOSING ACTION** |

    Pursuant to the parties' stipulation for dismissal (Docket 91),

    IT IS HEREBY ORDERED THAT the Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

Dated: April 15, 2010

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge